**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marc Pierre HALL, a/k/a Marc**
**Valeriano, a/k/a Fella,**
**Defendant–Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**Marc Pierre Hall, a/k/a Marc**
**Valeriano, a/k/a Fella,**
**Defendant–Appellant.**

Nos. 01–7871, 01–7893.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 11, 2002.

Marc Pierre Hall, Appellant Pro Se. Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Marc Pierre Hall seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeals on the reasoning of the district court. *United States v. Hall,* Nos. CR–95–5; CA–99–61–3 (W.D.N.C. Oct. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*